STATE OF NEW YORK   COUNTY OF MADISON

Attorney: PH
Address:

IN THE MATTER OF THE CLAIM OF:

Index No.: EF2020-1391

JACOB HILTS,
-against-
Plaintiff

CANNON EQUIPMENT COMPANY, L.L.C.,
JOHN DOE NO. 1 AND JOHN DOES NOS. 2-10,
Defendant

Case Number:
Date Filed:
Client's File No.:
Court Date:

STATE OF NEW YORK, COUNTY OF MADISON, SS.:

PAUL O. GRIMES being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of MINNESOTA

On the 8th day of July, 2020, I at: at approximately 7:50 A.M. Located at 324 WASHINGTON STREET WEST, CANNON FALLS, MN 55009,
Deponent served the within

ON CANNON EQUIPMENT COMPANY, L.L.C. therein named.
SUMMONS, VERIFIED COMPLAINT, VERIFICATION, EXHIBIT A, VERIFIED AMENDED COMPLAINT, VERIFICATION, NOTICE OF ELECTRONIC FILING (Consensual Case) (Uniform Rule § 202.5-b).

☐ #1 INDIVIDUAL
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ #2 SUITABLE AGE PERSON
By delivering thereat a true copy of each to (ASSISTANT ATTORNEY GENERAL - authorized to accept )a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ #3 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there
"Your deponent made inquiry as to the Defendant's current place of employment from the Plaintiff's counsel, who did not have such information; no employment information was available from any neighbor or other person with knowledge, and no such information is otherwise known to deponent"

☐ #4 MAILING
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ #5 Corporation or Partnership or Trust or LLC   CANNON EQUIPMENT COMPANY, L.L.C.,
By delivering thereat a true copy of each to authorized to accept thereof, by handing to and leaving with STEPHANIE ZABLE, VICE PRESIDENT OF FINANCE
Located at 324 WASHINGTON STREET WEST, CANNON FALLS, MN 55009, COUNTY OF GOODHUE, State of Minnesota, at approximately 7:50 A.M.,

☒ #6 DESCRIPTION
Sex: FEMALE   Color of skin: CAU   Color of hair: Black   Glasses: YES
AGE 52   Height: 5'8"   Weight: 150 LBS   Other Features:

☒ #7 MILITARY SERVICE
I asked the person spoken to whether defendant was in active military service of the United States and received a negative reply.

☐ #8 WITNESS FEES
Subpoena Fee Tendered in the amount of

☐ #9 OTHER

Sworn to before me on 07-08-2020

Notary Public
Jan. 31, 2023
Commission Expires


ANDREW LEE LARSON
NOTARY PUBLIC-MINNESOTA
My Comm. Exp. Jan. 31, 2023

PAUL O. GRIMES,

Scanned with CamScanner