UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JACOB HILTS,

        Plaintiff,

     -against-

CANNON EQUIPMENT COMPANY, L.L.C., JOHN DOE
NO. 1 and JOHN DOES NOS. 2-10,

        Defendants.
------------------------------------------------------------------------X

Docket No. 5:20-cv-877
(FJS/TWD)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Fred D. Weinstein, Esq., dated August 11, 2020, and the exhibit annexed thereto, the accompanying memorandum of law, dated August 11, 2020, and upon all the pleadings and proceedings had herein, Defendant Cannon Equipment Company, L.L.C. will move this Court before the Hon. Frederick J. Scullin, Jr., Senior United States District Judge for the United States District Court for the Northern District of New York, at the James M. Hanley Federal Building & U.S. Courthouse, 100 S. Clinton St., Syracuse, NY 13261, at 10:00 a.m. on October 9, 2020, or as soon thereafter as counsel can be heard, for an Order, pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, granting dismissal of the complaint of Plaintiff Jacob Hilts for failure to state a claim upon which relief can be granted, and granting such other and further relief as the Court deems just and proper.

Dated: White Plains, New York
August 11, 2020

KURZMAN EISENBERG CORBIN & LEVER, LLP

By: _____
Fred D. Weinstein, Esq. (Bar Roll # 510360)
*Attorneys for Defendant Cannon Equipment Company, L.L.C.*
One North Broadway, 12th Floor
White Plains, New York 10601
(914) 993-6025
fweinstein@kelaw.com

-and-

CARMODY TORRANCE SANDAK & HENNESSEY LLP

Jason R. Gagnon, Esq.
(*seeking admission pro hac vice*)
*Attorneys for Defendant Cannon Equipment Company, L.L.C.*
50 Leavenworth Street
Waterbury, Connecticut 06702
(203) 575-2622
jgagnon@carmodylaw.com

To:   ALEXANDER LAW OFFICE (via CM/ECF)
Ralph S. Alexander, Esq.
*Attorney for Plaintiff Jacob Hilts*
106 E. Main Street
P.O. Box 220
Elbridge, New York 13060

{W3232280}                              2

## CERTIFICATE OF SERVICE

I hereby certify that, on August 11, 2020, a true and correct copy of the foregoing was served on the counsel of record for Plaintiff through the Court's CM/ECF system.

_____
Fred D. Weinstein