UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JACOB HILTS,

                Plaintiff,

     -against-

CANNON EQUIPMENT COMPANY, L.L.C., JOHN DOE
NO. 1 and JOHN DOES NOS. 2-10,

                Defendants.
------------------------------------------------------------------------X

Docket No. 5:20-cv-877
(FJS/TWD)

## **DECLARATION OF FRED D. WEINSTEIN, ESQ.**

Fred D. Weinstein, Esq. declares under penalty of perjury that the following is true and correct:

1. I am a member of Kurzman Eisenberg Corbin & Lever, LLP, attorneys for Defendant Cannon Equipment Company, L.L.C. ("Defendant" and "Cannon") in the above-captioned action. As such, I am fully familiar with the facts and circumstances set forth herein.

2. I submit this declaration in support of a motion for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting dismissal of the complaint herein of Plaintiff Jacob Hilts ("Plaintiff") for failure to state a claim upon which relief can be granted, and granting such other and further relief as the Court deems just and proper.

3. On June 24, 2020, Plaintiff filed a verified complaint against Cannon in the Supreme Court of the State of New York, County of Madison, bearing index number EF2020-1391 (the "Complaint"). A copy of the Complaint is annexed hereto as Exhibit A.

4. On August 5, 2020, Cannon removed the action to the United States District Court for the Northern District of New York.

Dated: August 11, 2020

_____
Fred D. Weinstein, Esq.

{W3232280}

2

## CERTIFICATE OF SERVICE

I hereby certify that, on August 11, 2020, a true and correct copy of the foregoing was served on the counsel of record for Plaintiff through the Court's CM/ECF system.

_____
Fred D. Weinstein