UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JACOB HILTS,

                Plaintiff,

        -against-

CANNON EQUIPMENT COMPANY, L.L.C., JOHN DOE
NO. 1 and JOHN DOES NOS. 2-10,

                Defendants.
------------------------------------------------------------------------X

Docket No. 5:20-cv-877
(FJS/TWD)

## DECLARATION OF FRED D. WEINSTEIN

Fred D. Weinstein declares under penalty of perjury that the following is true and correct:

1. I am a member of Kurzman Eisenberg Corbin & Lever, LLP, attorneys for Defendant Cannon Equipment Company, L.L.C. ("Defendant" or "Cannon"). As such, I am fully familiar with the facts and circumstances set forth herein.

2. I submit this declaration in opposition to the motion by Plaintiff Jacob Hilts ("Plaintiff" or "Mr. Hilts") seeking to join a number of defendants and remand this matter to the Supreme Court of the State of New York, Madison County (the "State Court").

3. Annexed hereto as <u>Exhibit A</u> is a copy of the docket sheet, accessed on September 22, 2020, from an action commenced by Mr. Hilts against the defendants he now seeks to join to this action (the "First Action").

4. The docket sheet in the First Action demonstrates that paper discovery has been exchanged, multiple depositions have been taken, and motion practice ensued. *See* Ex. A, Docket Sheet at NYSCEF Doc. Nos. 19-46, 48-69.

5. As to discovery in the First Action, the Hon. Donald F. Cerio, Jr. ("Justice Cerio") entered a scheduling order dated March 19, 2019, which set a Note of Issue date for September 30, 2019 (the "Initial Scheduling Order"). A copy of the Initial Scheduling Order in the First Action is annexed hereto as Exhibit B.

6. On May 20, 2019, Justice Cerio revised the Initial Scheduling Order to adjust deposition completion dates and set a new Notice of Issue date for November 1, 2019 (the "Revised Scheduling Order"). A copy of the Revised Scheduling Order in the First Action is annexed hereto as Exhibit C.

7. Following the plaintiff and the defendants filing of motions for summary judgment, on May 7, 2020, Justice Cerio issued a Decision and Order. A copy of Justice Cerio's Decision and Order is annexed hereto as Exhibit D.

8. The Verified Amended Complaint in the First Action names the following defendants: i) Ronald Debrucque; ii) Debrucque Equipment Company, LLC; iii) Debrucque Cleveland Tramrail Syracuse Company, LLC; iv) The Herald Publishing Company, LLC d/b/a Syracuse Media Group; v) Advance Publications, Inc. d/b/a Advance Central Services Syracuse; vi) Advance Publications Inc. d/b/a The Post Standard; vii) Advance Local Media, LLC; and viii) The Post Standard, LLC (collectively, the "First Action Defendants"). *See* Ex. 4 to the Declaration of Ralph S. Alexander (the "Alexander Decl."), Amended Verified Complaint in the First Action at 1, ECF Doc. No. 10-6.

9. The proposed Verified Amended Complaint ("Proposed Amended Complaint") in the above-captioned action names the First Action Defendants, Cannon,

John Doe No. 1, and John Does Nos. 2-10. *See* Ex. 13 to Alexander Decl., Proposed Amended Complaint at 1-2, ECF Doc. No. 10-15.

10. Nothing about Cannon's removal of this matter to this Court was improper. Statements in the Alexander Decl. and the Memorandum of Law of Plaintiff Jacob Hilts in Support of Motion for Permissive Joinder and Remand ("Plaintiff's Memo of Law") fail to consider my response to Mr. Alexander, indicating that Cannon would no longer be seeking an extension of time to answer in the State Court because the extension was conditioned upon not removing this action. I further advised Mr. Alexander, as a courtesy, that Cannon would be removing the matter to this Court on August 5. A copy of my August 5, 2020 email to Mr. Alexander, and our prior correspondence from July 29 and July 30, is annexed hereto as <u>Exhibit E</u>.

Dated: White Plains, New York
       September 22, 2020

_____
Fred D. Weinstein, Esq.
KURZMAN EISENBERG CORBIN & LEVER, LLP
One North Broadway, 12th Floor
White Plains, NY 10601
fweinstein@kelaw.com
(914) 285-9800

3

## CERTIFICATE OF SERVICE

I hereby certify that, on September 22, 2020, a true and correct copy of the foregoing and the exhibits annexed hereto were served on the counsel of record for Plaintiff through the Court's CM/ECF system.

_____
Fred D. Weinstein