NYSCEF
Madison County Supreme Court

**Document List**

**Index #   EF2018-1970**    Created on:09/22/2020 09:18 AM

**Case Caption:    JACOB HILTS - v. - RONALD DEBRUCQUE et al**

**Judge Name:    Donald F Cerio**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 1 | SUMMONS + COMPLAINT | Processed | 11/05/2018 | Alexander, R. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/28/2018 | Alexander, R. |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/28/2018 | Alexander, R. |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/28/2018 | Alexander, R. |
| 5 | ANSWER | Processed | 01/09/2019 | Sardino, P. |
| 6 | NOTICE OF DEPOSITION UPON ORAL EXAMINATION | Processed | 01/09/2019 | Sardino, P. |
| 7 | ANSWER | Processed | 01/17/2019 | Nash, S. |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE - *Corrected* | Processed | 01/17/2019 | Nash, S. |
| 9 | ANSWER (AMENDED) | Processed | 01/22/2019 | Nash, S. |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 01/22/2019 | Nash, S. |
| 11 | RJI -RE: REQUEST FOR PRELIMINARY CONFERENCE | Processed | 02/18/2019 | Alexander, R. |
| 12 | ADDENDUM - GENERAL (840A) | Processed | 02/18/2019 | Alexander, R. |
| 13 | OTHER COURT FILED DOCUMENT | Processed | 02/25/2019 | Court User |
| 14 | OTHER COURT FILED DOCUMENT | Processed | 03/20/2019 | Court User |
| 15 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 05/07/2019 | Alexander, R. |
| 16 | ORDER - OTHER | Processed | 05/21/2019 | Court User |
| 17 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 06/11/2019 | Alexander, R. |
| 18 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 09/18/2019 | Alexander, R. |
| 19 | NOTICE OF MOTION | Processed | 09/27/2019 | Alexander, R. |
| 20 | AFFIDAVIT OR AFFIRMATION IN SUPPORT | Processed | 09/27/2019 | Alexander, R. |
| 21 | EXHIBIT(S) Summons and Complaint | Processed | 09/27/2019 | Alexander, R. |
| 22 | EXHIBIT(S) Owners' Answer | Processed | 09/27/2019 | Alexander, R. |

NYSCEF

Madison County Supreme Court

**Document List**

Index #  **EF2018-1970**          Created on:09/22/2020 09:18 AM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 23 | EXHIBIT(S)<br>Media Defendants' Answer | Processed | 09/27/2019 | Alexander, R. |
| 24 | EXHIBIT(S)<br>Plaintiff's Amended BPs to Owners | Processed | 09/27/2019 | Alexander, R. |
| 25 | EXHIBIT(S)<br>Plaintiff's Amended BPs to Media Defendants | Processed | 09/27/2019 | Alexander, R. |
| 26 | EXHIBIT(S)<br>Ronald Debrucque EBT Transcript | Processed | 09/27/2019 | Alexander, R. |
| 27 | EXHIBIT(S)<br>Lucinda Miller EBT Transcript | Processed | 09/27/2019 | Alexander, R. |
| 28 | EXHIBIT(S)<br>Thomas Brown EBT Transcript | Processed | 09/27/2019 | Alexander, R. |
| 29 | EXHIBIT(S)<br>Defendants' Lease Agreement | Processed | 09/27/2019 | Alexander, R. |
| 30 | EXHIBIT(S)<br>Photograph -Ice | Processed | 09/27/2019 | Alexander, R. |
| 31 | EXHIBIT(S)<br>Photograph- Recurring Condition | Processed | 09/27/2019 | Alexander, R. |
| 32 | EXHIBIT(S)<br>Photograph- Cannon Cart | Processed | 09/27/2019 | Alexander, R. |
| 33 | EXHIBIT(S)<br>Photograph- Cart Warning | Processed | 09/27/2019 | Alexander, R. |
| 34 | EXHIBIT(S)<br>Photograph- Recurring Condition | Processed | 09/27/2019 | Alexander, R. |
| 35 | EXHIBIT(S)<br>Photograph- Ice Loading Dock | Processed | 09/27/2019 | Alexander, R. |
| 36 | EXHIBIT(S)<br>Plaintiff's EBT Partial Transcript | Processed | 09/27/2019 | Alexander, R. |
| 37 | EXHIBIT(S)<br>Proposed Amended Complaint | Processed | 09/27/2019 | Alexander, R. |
| 38 | AFFIDAVIT OR AFFIRMATION IN SUPPORT | Processed | 09/27/2019 | Alexander, R. |
| 39 | EXHIBIT(S)<br>Photograph | Processed | 09/27/2019 | Alexander, R. |
| 40 | EXHIBIT(S)<br>Photograph | Processed | 09/27/2019 | Alexander, R. |
| 41 | EXHIBIT(S)<br>Photograph | Processed | 09/27/2019 | Alexander, R. |
| 42 | EXHIBIT(S)<br>Photograph | Processed | 09/27/2019 | Alexander, R. |
| 43 | EXHIBIT(S)<br>Photograph | Processed | 09/27/2019 | Alexander, R. |
| 44 | EXHIBIT(S)<br>Photograph | Processed | 09/27/2019 | Alexander, R. |
| 45 | EXHIBIT(S)<br>Photograph | Processed | 09/27/2019 | Alexander, R. |
| 46 | EXHIBIT(S)<br>Photograph | Processed | 09/27/2019 | Alexander, R. |

NYSCEF
Madison County Supreme Court

**Document List**

Index #   EF2018-1970        Created on:09/22/2020 09:18 AM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 47 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 11/19/2019 | Alexander, R. |
| 48 | NOTICE OF CROSS-MOTION<br>Notice of Cross-Motion | Processed | 01/31/2020 | Nash, S. |
| 49 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION<br>Affidavit of Shawn T. Nash, Esq. | Processed | 01/31/2020 | Nash, S. |
| 50 | EXHIBIT(S)<br>Summons & Complaint | Processed | 01/31/2020 | Nash, S. |
| 51 | EXHIBIT(S)<br>Media Defendants' Answer | Processed | 01/31/2020 | Nash, S. |
| 52 | EXHIBIT(S)<br>Debrucque Defendants' Answer | Processed | 01/31/2020 | Nash, S. |
| 53 | EXHIBIT(S)<br>Demand for VBOP | Processed | 01/31/2020 | Nash, S. |
| 54 | EXHIBIT(S)<br>Debrucque Defendants' Amended Answer | Processed | 01/31/2020 | Nash, S. |
| 55 | EXHIBIT(S)<br>Amended Verified Bill of Particulars | Processed | 01/31/2020 | Nash, S. |
| 56 | EXHIBIT(S)<br>Plaintiff EBT Transcript | Processed | 01/31/2020 | Nash, S. |
| 57 | EXHIBIT(S)<br>Ronald Debrucque EBT Transcript | Processed | 01/31/2020 | Nash, S. |
| 58 | EXHIBIT(S)<br>Thomas Brown EBT Transcript | Processed | 01/31/2020 | Nash, S. |
| 59 | EXHIBIT(S)<br>Lucinda Miller EBT Transcript | Processed | 01/31/2020 | Nash, S. |
| 60 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION<br>Affidavit of Ronald Dubrucque | Processed | 01/31/2020 | Nash, S. |
| 61 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 01/31/2020 | Nash, S. |
| 62 | NOTICE OF CROSS-MOTION | Processed | 01/31/2020 | Goodstadt, D. |
| 63 | MEMORANDUM OF LAW IN SUPPORT | Processed | 01/31/2020 | Goodstadt, D. |
| 64 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF CROSS-MOTION | Processed | 01/31/2020 | Goodstadt, D. |
| 65 | EXHIBIT(S)<br>Proposed Amended Verified Answer | Processed | 01/31/2020 | Goodstadt, D. |
| 66 | EXHIBIT(S)<br>Transcript | Processed | 01/31/2020 | Goodstadt, D. |
| 67 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO CROSS-MOTION AND IN FURTHER SUPPORT OF MOTION | Processed | 02/05/2020 | Alexander, R. |
| 68 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO CROSS-MOTION | Processed | 02/05/2020 | Nash, S. |

NYSCEF

Madison County Supreme Court

**Document List**

**Index #   EF2018-1970**

Created on:09/22/2020 09:18 AM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 69 | AFFIDAVIT OR AFFIRMATION IN REPLY | Processed | 02/06/2020 | Goodstadt, D. |
| 70 | ORDER - OTHER | Processed | 05/07/2020 | Court User |
| 71 | NOTICE OF ENTRY | Processed | 05/12/2020 | Alexander, R. |
| 72 | ANSWER (AMENDED) | Processed | 05/20/2020 | Goodstadt, D. |
| 73 | ANSWER (AMENDED) | Processed | 06/18/2020 | Alexander, R. |
| 74 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 06/19/2020 | Alexander, R. |
| 75 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 06/19/2020 | Alexander, R. |
| 76 | ANSWER WITH CROSS-CLAIM(S)<br>Verified Answer to Verified Amended Complaint | Processed | 06/24/2020 | Nash, S. |
| 77 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS - Verified Answer to Verified Amended Complaint | Processed | 06/24/2020 | Nash, S. |
| 78 | STIPULATION - TIME TO ANSWER | Processed | 06/25/2020 | Goodstadt, D. |
| 79 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 06/25/2020 | Goodstadt, D. |
| 80 | ANSWER WITH CROSS-CLAIM(S) | Processed | 07/20/2020 | Goodstadt, D. |