

**STATE OF NEW YORK**
**COURT OF CLAIMS**
**SUPREME COURT**
**SIXTH JUDICIAL DISTRICT**

Hon. Donald F. Cerio, Jr.

Justice of the New York State Court of Claims
Acting New York State Supreme Court Justice

Madison County Courthouse
Oneida, New York 13421
Telephone: 315-231-5333
Facsimile: 315-266-4760

Susan O. Niles, Secretary
Melissa C. Stearns, Law Clerk

TO:  PATRICK SARDINO, ESQ.
     SHAWN NASH, ESQ.
     RALPH ALEXANDER, ESQ.

RE:  HILTS V. DEBRUCQUE
     INDEX NO. EF2018-1970

DATE: MARCH 19, 2019

With respect to the above-referenced matter and the conference held on March 15, 2019, the following Scheduling Order is now in effect:

* Paper discovery is to be completed by May 3, 2019
* Depositions are to be completed by August 2, 2019
* IME of the plaintiff shall be conducted within 45 days of his deposition
* Disclosure of the IME report shall be made within 30 days after receipt
* The Note of Issue is to be filed by September 30, 2019
* A pretrial/compliance conference shall be held on September 30, 2019, at 10:00 AM
* Dispositive motions are to be filed within 60 days of the filing of the Note of Issue
* Plaintiff shall provide expert disclosure 60 days before trial and defendants 30 days

Please be advised that modifications to the Scheduling Order shall only be made upon a showing of good cause.

SO ORDERED.

_____
Hon. Donald F. Cerio, Jr.

cc:  Supreme Court Clerk