

**STATE OF NEW YORK**
**COURT OF CLAIMS**
**SUPREME COURT**
**SIXTH JUDICIAL DISTRICT**

Madison County Courthouse
Oneida, New York 13421
Telephone: 315-231-5333
Facsimile: 315-266-4760

Hon. Donald F. Cerio, Jr.

Justice of the New York State Court of Claims
Acting New York State Supreme Court Justice

Susan O. Niles, Secretary
Melissa C. Stearns, Law Clerk

TO:   RALPH ALEXANDER, ESQ.
     SHAWN NASH, ESQ.
     DANIEL GOODSTADT, ESQ.

RE:   HILTS V. DEBRUCQUE
     INDEX NO. EF2018-1970

DATE:  MAY 20, 2019

With respect to our telephone conference this date regarding the above-referenced matter, the Scheduling Order of March 19, 2019, is modified to the following extent:

*  Depositions are to be completed by August 13, 2019[1]
*  The Note of Issue is to be filed by November 1, 2019
*  A pretrial conference shall be conducted telephonically on November 8, 2019, at 11:00 PM; such to be initiated by chambers.

If counsel wish to address any other matters please advise chambers accordingly.

SO ORDERED.

_____
Hon. Donald F. Cerio, Jr.

Cc:   Supreme Court Clerk

_____

[1] We had discussed taking depositions on August 12 and 13, 2019. Attorneys Alexander and Goodstadt will discuss conducting the depositions of both Lucinda Miller and Tom Brown prior to the scheduled date. If there is a dispute please advise chambers or file the appropriate motion papers.