| | |
|---|---|
| **From:** | Fred D. Weinstein |
| **To:** | "Ralph Alexander" |
| **Cc:** | Jeffrey Peters |
| **Subject:** | RE: Hilts v. Cannon et. al.; Index No. EF2020-1391 |
| **Date:** | Wednesday, August 5, 2020 12:06:36 PM |

Ralph

      As a consequence of your conditioning the extension on not removing the action, we will not be seeking an extension.  As a courtesy, I am also letting you know that we are removing the action to the U. S. District Court for the Northern District today.

Fred D. Weinstein, Esq.
Partner
Kurzman Eisenberg Corbin & Lever, LLP
1 North Broadway
White Plains, New York  10601
(914) 993-6057
Direct Fax (914) 993-6025

---

**From:** Ralph Alexander <ralexan@verizon.net>
**Sent:** Thursday, July 30, 2020 6:47 AM
**To:** Fred D. Weinstein <FWeinstein@kelaw.com>
**Subject:** RE: Hilts v. Cannon et. al.; Index No. EF2020-1391

Fred,

Good morning, that's right.  I just request you do not seek to remove as there is the related State Court action.

Regards, Ralph

---

**From:** Fred D. Weinstein [mailto:FWeinstein@kelaw.com]
**Sent:** Wednesday, July 29, 2020 5:31 PM
**To:** ralexan@verizon.net
**Subject:** Hilts v. Cannon et. al.; Index No. EF2020-1391

Ralph

      I am writing to confirm our conversation of this date in which you agreed to extend the time in which Cannon may appear, answer, or otherwise move in the above-referenced action up to and including August 28.  This will further serve to confirm that we will not be challenging the method of service of process.  Thank you for your courtesy.

Fred

Fred D. Weinstein, Esq.
Partner
Kurzman Eisenberg Corbin & Lever, LLP
1 North Broadway
White Plains, New York 10601
(914) 993-6057
Direct Fax (914) 993-6025

Virus-free. www.avg.com