# ALEXANDER LAW OFFICE, P.L.L.C.
## RALPH S. ALEXANDER, ESQ.
### ATTORNEY AT LAW

<u>106 EAST MAIN STREET  P.O. BOX 220  ELBRIDGE  NEW YORK   13060</u>     TEL. NO.: <u>315-406-7284</u>

December 15, 2020

**VIA ECF**

Hon. Frederick J. Scullin, Jr.
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

      Re:  <u>Hilts v. Cannon Equipment Co., L.L.C.</u>
           Docket No.: 5:20-cv-877

Dear Judge Scullin:

    This office represents Plaintiff Jacob Hilts in the referenced matter. With this correspondence, Plaintiff respectfully requests an adjournment of defendant's motion to dismiss to March 12, 2021. That motion is currently returnable on January 8, 2021.

    The reason for the request is that Plaintiff moved for joinder and remand and the parties await the Court's Decision.

    Counsel for defendant has no objections to this request.

    Thank you for your consideration and attention to this matter.

                                                   Respectfully,

                                                   Ralph S. Alexander, Esq.

cc:    Fred D. Weinstein, Esq.