UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JACOB HILTS,

        Plaintiff,	Docket No. 5:20-cv-877
                                                              (FJS/TWD)

        -against-

CANNON EQUIPMENT COMPANY, L.L.C., JOHN DOE
NO. 1 and JOHN DOES NOS. 2-10,

        Defendants.
-------------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Jacob Hilts ("Plaintiff") and Defendant Cannon Equipment Company, L.L.C. ("Cannon" and together with Plaintiff, the "Parties"), by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of Plaintiff's action against Cannon with prejudice, with each party to bear its own attorneys' fees and costs.

*[remainder of page intentionally left blank; signature page to follow]*

1

Dated: White Plains, New York
       May 21, 2021

ALEXANDER LAW OFFICE, PLLC

By: _____ 5/24/2021
    Ralph S. Alexander, Esq.
*Attorneys for Plaintiff Jacob Hilts*
106 E. Main St.
P.O. Box 220
Elbridge, New York 13060
(315) 406-7204

KURZMAN EISENBERG CORBIN & LEVER, LLP

By: _____
    Fred D. Weinstein, Esq.
(Bar Roll # 510360)
*Attorneys for Defendant Cannon Equipment Company, L.L.C.*
One North Broadway, 12th Floor
White Plains, New York 10601
(914) 285-9800

-and-

CARMODY TORRANCE SANDAK & HENNESSEY LLP

Jason R. Gagnon, Esq.
*(seeking admission pro hac vice)*
*Attorneys for Defendant Cannon Equipment Company, L.L.C.*
50 Leavenworth Street
Waterbury, Connecticut 06702
(203) 575-2622
jgagnon@carmodylaw.com

**IT IS SO ORDERED.**
**May 26, 2021**

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

2